Case 14-30675   Filed 10/29/14   Doc 6

① UNITED STATES BANKRUPTCY COURT
Eastern District of California

In re _____ )
                                      )   Case No.
___Brigida Palama_____Debtor(s). )   14-30675
                                      )

FILED kras
OCT 29 2014
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1.  In accordance with Bankruptcy Rule 1006, I (we) apply for permission to pay the filing fee amounting to $ _____ in installments.

2.  I am (we are) unable to pay the filing fee except in installments.

3.  Until the filing fee is paid in full, I (we) will not make any additional payment or transfer any additional property to an attorney or other person for services in connection with this case.

4.  I (we) understand that the terms for payment of the filing fee will be set by the Clerk, that the number of installments shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition.

5.  I (we) understand that my (our) discharge, or confirmation of any plan, will be delayed until the filing fee is paid in full.

6.  I (we) further understand that if I (we) fail to pay the filing fee in full, then I (we) will not receive a discharge of my (our) debts when my (our) bankruptcy case is closed.

_____  _____     _Palama_____  _10-28-14_
Signature of Attorney (if any)   Date      Signature of Debtor              Date
                                           (In a joint case, both spouses must sign.)

_____  _____     _____  _____
Name of Attorney              Bar ID Number  Signature of Joint Debtor (if any)   Date

---

### DECLARATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____  _____
Printed or Typed Name of Bankruptcy Petition Preparer   Social Security No. (Required under 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person or partner who signs this document.*

_____
_____
Address

X_____  _____
Signature of Bankruptcy Petition Preparer                  Date

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

---

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.  A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

EDC 2-020 (Rev. 11/12)                                                            #6